

# NUMBER 13-20-00094-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE NANCY GRACIELA CISNEROS

## On Petition for Writ of Mandamus.

## ORDER

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

Relator Nancy Graciela Cisneros filed a petition for writ of mandamus in the above cause on February 13, 2020. Through this original proceeding, relator contends that the trial court erred in concluding that she lacks standing to seek conservatorship of minor child S.D.D. Accordingly, relator seeks to compel the trial court to vacate temporary orders signed on January 29, 2020. The Court requests that the real party in interest, Sherie Esparza, or any others whose interest would be directly affected by the relief sought, including but not limited to Barbara Esparza, file a response to the petition for writ

of mandamus on or before the expiration of ten days from the date of this order. *See* TEX.

R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
13th day of February, 2020.